```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

ROOSEVELT HILL                                             PLAINTIFF

VS.                              CIVIL ACTION NO. 5:04-cv-161(DCB)(JCS)

BUREAU OF PRISONS                                          DEFENDANT

<u>ORDER</u>

Upon consideration of the appeal to the United States Court of Appeals for the Fifth Circuit filed by the plaintiff in the above entitled action, the Court notes that the plaintiff failed to pay the appeal fee in the amount of $255.00, or to complete an application to proceed <u>in forma pauperis</u>. Accordingly,

IT IS HEREBY ORDERED:

1. That within 20 days of the entry of this Order the plaintiff shall file a completed application for leave to proceed <u>in forma pauperis</u> or pay the required appeal filing fee of $255.00.

2. That the Clerk shall mail the attached <u>in forma pauperis</u> application to the plaintiff at his last known address.

Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of <u>in forma pauperis</u> status.

SO ORDERED, this the 21st day of November, 2005.


                                                       <u>  s/David Bramlette     </u>
                                                    UNITED STATES DISTRICT JUDGE