```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

ROOSEVELT HILL                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:04-cv-161(DCB)(JCS)

BUREAU OF PRISONS                                           DEFENDANT

<u>ORDER</u>

Upon consideration of the appeal to the United States Court of Appeals for the Fifth Circuit filed by the plaintiff in the above entitled action, the Court notes that the plaintiff failed to pay the appeal fee in the amount of $255.00, or to complete an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  Accordingly,

IT IS HEREBY ORDERED:

1.   That within 20 days of the entry of this Order the plaintiff shall file a completed application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> or pay the required appeal filing fee of $255.00.

2.   That the Clerk shall mail the attached <u>in</u> <u>forma</u> <u>pauperis</u> application to the plaintiff at his last known address.

Failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the denial of <u>in</u> <u>forma</u> <u>pauperis</u> status.

SO ORDERED, this the 29th day of November, 2005.


                                        <u>S/ David Bramlette</u>
                                      UNITED STATES DISTRICT JUDGE